NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICHARD JAMES PICCOLI,            )
                                  )
          Appellant,              )
                                  )
v.                                )     Case No. 2D18-832
                                  )
STATE OF FLORIDA,                 )
                                  )
          Appellee.               )
_____)

Opinion filed May 17, 2019.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Richard James Piccoli, pro se

Ashley Moody, Attorney General,
Tallahassee, and Michael Schaub,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

          Affirmed.


SILBERMAN, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.